Case 4:25-cr-00608   Document 1   Filed on 11/13/25 in TXSD   Page 1 of 3

United States Courts
Southern District of Texas
**FILED**
*November 13, 2025*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CRIMINAL NO.: H-25- **4:25-cr-608** |
| JUSTIN BYRD | § § | |
| Defendant. | § | |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

## INTRODUCTION

At all times material to this Indictment, CHICK-FIL-A, is a business with corporate headquarters outside the State of Texas, with stores throughout the United States, engaged in the business of retail purchase and sales of consumer goods which are shipped in interstate commerce and which affect interstate commerce.

## COUNT ONE

Title 18, United States Code, § 1951(a)-Interference with Commerce by Robbery

On or about August 26, 2025, in the Houston Division of the Southern District of Texas,

JUSTIN BYRD

defendant herein, did obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendant did unlawfully take and obtain the property of CHICK-FIL-A, located at 2267 W. Sam Houston Parkway N., Houston, Texas, which was in the possession and custody of an employee of CHICK-

FIL-A, namely, United States currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, § 1951(a).

## COUNT TWO

### Title 18, United States Code, § 924(c)(1)(A)(ii) - Brandishing of a Firearm During and in Relation to a Crime of Violence

On or about August 26, 2025, in the Houston Division of the Southern District of Texas,

### JUSTIN BYRD,

defendant herein, did knowingly brandish a firearm, namely, a handgun, during and in relationship to a crime of violence for which he may be prosecuted in a court of the United States, that being Interference with Commerce by Robbery.

In violation of Title 18, United States Code, § 924(c)(1)(A)(ii).

## COUNT THREE

### Title 18, United States Code, § 1951(a)-Interference with Commerce by Robbery

On or about September 19, 2025, in the Houston Division of the Southern District of Texas,

### JUSTIN BYRD

defendant herein, did obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendant did unlawfully to take and obtain the property of CHICK-FIL-A, located at 5325 S. Rice., Houston, Texas, which was in the possession and custody of an employee of CHICK-FIL-A, namely, United

States currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, § 1951(a).

### COUNT FOUR

Title 18, United States Code, § 924(c)(1)(A)(ii) -
Brandishing of a Firearm During and in Relation to a Crime of Violence

On or about September 19, 2025, in the Houston Division of the Southern District of Texas,

JUSTIN BYRD,

defendant herein, did knowingly brandish a firearm, namely, a handgun, during and in relationship to a crime of violence for which he may be prosecuted in a court of the United States, that being Interference with Commerce by Robbery.

In violation of Title 18, United States Code, § 924(c)(1)(A)(ii).

A TRUE BILL:

Original Signature on File

_____
FOREMAN OF THE GRAND JURY

NICHOLAS J. GANJEI
United States Attorney

BY: _____
Jill Jenkins Stotts
Assistant United States Attorney